## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ARKANSAS CHIROPRACTIC AND                                                                          PLAINTIFF
WELLNESS CENTER, PLLC

v.                                            No. 3:11CV00147 JLH

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                                      DEFENDANT

### ORDER

Without objection and for good cause shown, the defendant's motion for a continuance is GRANTED. Document #7. The trial of this matter previously set for the week of April 30, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 15th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE