**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARKANSAS CHIROPRACTIC AND                                                              PLAINTIFF
WELLNESS CENTER, PLLC

v.                                    No. 3:11CV00147 JLH

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY                                                       DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE